

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Ex parte Ramon Quiroga,

\* From the 244th District Court
of Ector County
Trial Court No. C-40,472.

No. 11-17-00207-CR

\* April 12, 2018

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.